UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JIMMY FUGATE, SARA STUART
FUGATE, D. SCOTT HEINEMAN, and
KURT F. JOHNSON, as Trustee of the
Fugate Family Trust,

                Plaintiffs,

-vs-                                        Case No.  5:05-cv-495-Oc-10GRJ

JP MORGAN CHASE, AMSOUTH BANK,
and WILSHIRE CREDIT CORP.,

                Defendants.
_____/

## O R D E R

The Plaintiffs have filed both a Complaint (Doc. 1) and a separate Complaint for Temporary and Permanent Injunction (Doc. 2), together with an Affidavit (Doc. 3). In these lengthy papers, the Plaintiffs attempt to state a number of claims or causes of action, the sufficiency of which is not presently before the Court. In their Complaint for Temporary and Permanent Injunction, the Plaintiffs describe their case as "an action to enjoin the Defendant from continuing in force and effect a foreclosure action against the property," and their sole prayer for injunctive relief is for the Court to enjoin "the Defendants, the Sheriffs Department his agents and others from dispersing and damaging private property and title to Plaintiffs property." In the final analysis, it appears the Plaintiffs seek to enjoin an ongoing foreclosure action in state court. The Court lacks jurisdiction to grant such

relief.[1]  For this reason, the Plaintiffs' request for a temporary restraining order and preliminary injunctive relief is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 15th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   *Pro Se* Plaintiffs

---

[1]   See 28 U.S.C. § 2283; Warriner v. Fink, 307 F.2d 933 (5th Cir. 1962) ("In the light of the anti-injunction statute, 28 U.S.C.A. § 2283, and of a number of decisions of the Supreme Court and of this and other Circuits, in which the principles are fully discussed, we hold that the federal district court had no jurisdiction to enjoin the enforcement of, or to set aside, or hold null and void the decree of foreclosure entered by the Circuit Court of Monroe County, Florida.").